AO 91 (Rev. 11/11) Criminal Complaint     AUSA Michael Maione (312) 371-7515

**FILED**
6/27/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARGARITO CARMONA RAMOS

CASE NUMBER: 25 CR 350

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 27, 2025, at Broadview, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4) | being an alien who previously had been deported and removed from the United States, was present and found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Digitally signed by SEAN M DOYLE*
*Date: 2025.06.27 10:47:19 -05'00'*

SEAN DOYLE
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: June 27, 2025

*Judge's signature*

City and state: Chicago, Illinois     MARIA VALDEZ, U.S. Magistrate Judge
   *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Sean Doyle, being duly sworn, state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE), and have been so employed for 8 years. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. I submit this affidavit in support of a criminal complaint alleging that MARGARITO CARMONA RAMOS has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed, and is subject to the enhanced penalty provision set forth in Title 8, United States Code, Section 1326(b)(2) because the defendant was previously removed following a conviction for an aggravated felony. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging CARMONA RAMOS with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that CARMONA RAMOS committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

## FACTS SUPPORTING PROBABLE CAUSE

4. According to DHS records, CARMONA RAMOS is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that CARMONA RAMOS was born in Mexico in 1969 and originally entered the United States at an unknown place and an unknown time without being inspected, admitted, or paroled by United States immigration authorities.

5. According to records from a law enforcement database, on or about December 20, 1988, CARMONA RAMOS was convicted in the Circuit Court for Cook County of Attempted Murder and Aggravated Assault and sentenced to 15 years and 5 years of imprisonment, respectively.

6. According to DHS records, on or about April 13, 1994, CARMONA RAMOS was ordered removed from the United States to Mexico by an Immigration Official. On or about February 2, 1996, CARMONA RAMOS was removed from the United States to Mexico through Chicago, Illinois.

7. Sometime between February 2, 1996 and March 18, 2022, CARMONA RAMOS re-entered the United States at an unknown place and an unknown time without being inspected, admitted, or paroled by United States immigration

authorities. According to DHS records, CARMONA RAMOS did not seek permission from the Secretary of Homeland Security to re-enter the United States.

8. According to DHS records, on or about March 18, 2022, CARMONA RAMOS' order of removal was reinstated and he was ordered removed from the United States to Mexico by an Immigration Official. According to DHS records, on or about March 25, 2022, CARMONA RAMOS was removed from the United States to Mexico through Brownsville-Matamor, Texas.

9. Additionally, DHS records reflect that CARMONA RAMOS has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal on or about March 25, 2022.

10. On or about June 27, 2025, ICE effectuated an administrative arrest of CARMONA RAMOS in Cicero, Illinois. As a result, he was processed and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigation, Integrated Automated Fingerprint Identification System ("IAFIS"). According to the results from IAFIS, the fingerprints taken from CARMONA RAMOS during his June 27 arrest matched the fingerprints taken from CARMONA RAMOS by ICE in 2022 during CARMONA RAMOS' deportation proceedings. Additionally, the IAFIS database indicates the fingerprints taken during CARMONA RAMOS' June 27 arrest also match the fingerprints from CARMONA RAMOS' 1988 arrest.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about June 27, 2025 at Broadview, Illinois, in the Northern District of Illinois, Eastern Division, CARMONA RAMOS, being an alien who last removed from the United States on or about March 25, 2022, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

SEAN M DOYLE
Digitally signed by SEAN M DOYLE
Date: 2025.06.27 10:47:19 -05'00'

SEAN DOYLE
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone June 27, 2025.

Honorable Maria Valdez
United States Magistrate Judge